FILED

12/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0586

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 22-0586

STEVE BARRETT, ET AL.,

PLAINTIFFS AND APPELLEES/CROSS-APPELLANTS,

V.

STATE OF MONTANA, ET AL.,

DEFENDANTS AND APPELLANTS/CROSS-APPELLEES.

On Appeal from the Eighteenth Judicial District Court,
Gallatin County, Cause No. DV-21-581-B
The Hon. Rienne H. McElyea, Presiding

## GRANT OF EXTENSION

Upon consideration of Defendant Appellant's motion for an extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including February 8, 2023, within which to prepare, serve, and file its opening brief in the above-entitled matter.

KLS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 29 2022